**Exhibit A**

Table of Last-Observed Infringements by Defendants of Third Degree's Copyright in the Motion Picture "Illegal Ass 2," Copyright Reg. No. PA0001366719

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.20.112.77 | 2012-03-14 13:46:31 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 2 | 108.20.120.44 | 2012-03-19 11:51:26 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 3 | 108.49.119.50 | 2012-01-24 01:44:39 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 4 | 108.49.207.113 | 2012-02-24 22:48:08 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 5 | 108.49.227.9 | 2012-03-10 21:29:16 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 6 | 108.49.49.61 | 2012-02-27 01:13:59 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 7 | 108.7.232.193 | 2012-03-26 00:19:05 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 8 | 108.7.54.163 | 2012-02-12 02:49:03 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 9 | 173.48.187.45 | 2012-03-19 04:14:56 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 10 | 173.48.28.5 | 2012-03-11 23:12:01 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 11 | 173.76.126.213 | 2012-02-25 17:12:34 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 12 | 173.76.164.167 | 2012-02-02 15:25:49 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 13 | 173.76.245.10 | 2012-01-23 17:22:23 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 14 | 174.63.107.125 | 2012-02-02 23:11:30 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 15 | 24.128.11.223 | 2012-01-16 03:23:32 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 16 | 24.218.151.176 | 2012-02-28 23:32:55 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 17 | 24.218.205.224 | 2012-03-23 17:59:03 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 18 | 24.218.218.116 | 2012-01-23 13:27:26 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 19 | 24.218.232.27 | 2012-02-04 15:29:17 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 20 | 24.218.232.6 | 2012-02-21 07:00:55 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 21 | 24.218.74.60 | 2012-03-06 21:51:36 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 22 | 24.34.125.173 | 2012-01-22 15:53:52 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 23 | 24.34.18.18 | 2012-01-26 03:49:21 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 24 | 24.34.24.99 | 2012-02-14 05:12:36 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 25 | 24.34.242.50 | 2012-03-04 12:46:28 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 26 | 24.62.203.96 | 2012-01-21 16:57:19 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 27 | 24.62.227.25 | 2012-01-31 19:38:42 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 28 | 24.62.61.177 | 2012-03-12 22:37:59 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 29 | 50.10.189.204 | 2012-03-24 14:24:01 -0400 | Clearwire Corporation | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 30 | 50.133.137.253 | 2012-02-08 23:53:14 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 31 | 50.136.41.176 | 2012-02-13 04:09:05 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 32 | 65.96.176.16 | 2012-01-17 11:56:13 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 33 | 65.96.188.187 | 2012-01-30 14:48:38 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 34 | 65.96.96.38 | 2012-01-30 10:23:04 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 35 | 66.30.12.126 | 2012-03-19 14:32:24 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 36 | 66.30.4.17 | 2012-03-10 19:59:51 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 37 | 66.31.163.176 | 2012-02-22 14:37:54 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 38 | 66.31.84.34 | 2012-01-21 12:39:20 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 39 | 68.116.181.238 | 2012-02-20 20:36:52 -0500 | CHARTER COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 40 | 68.187.212.88 | 2012-02-06 11:33:34 -0500 | CHARTER COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 41 | 71.162.123.221 | 2012-01-18 19:12:36 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 42 | 71.184.159.78 | 2012-02-28 21:28:23 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 43 | 71.192.27.120 | 2012-02-23 16:34:23 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 44 | 71.192.71.120 | 2012-02-02 09:47:59 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 45 | 71.232.148.45 | 2012-01-25 18:44:38 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 46 | 71.232.53.100 | 2012-01-10 14:03:07 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 47 | 71.233.239.107 | 2012-01-24 00:54:22 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 48 | 71.233.56.127 | 2012-03-20 23:11:19 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 49 | 71.234.42.212 | 2012-02-06 23:06:10 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 50 | 71.235.70.6 | 2012-03-17 21:04:11 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 51 | 75.67.202.136 | 2012-02-26 23:38:57 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 52 | 76.118.35.249 | 2012-01-28 02:36:57 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 53 | 76.118.48.84 | 2012-01-26 17:05:50 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 54 | 76.127.173.181 | 2012-01-29 10:05:17 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 55 | 76.19.195.252 | 2012-03-20 08:56:59 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 56 | 76.19.27.158 | 2012-03-09 11:13:12 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 57 | 76.24.166.68 | 2012-01-30 13:51:24 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 58 | 76.24.247.242 | 2012-02-24 17:09:00 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 59 | 96.233.125.223 | 2012-02-26 16:35:32 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 60 | 96.233.39.61 | 2012-01-24 22:12:37 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 61 | 96.237.137.111 | 2012-02-10 23:23:33 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 62 | 96.237.250.93 | 2012-02-13 10:28:24 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 63 | 96.252.1.149 | 2012-02-06 23:20:39 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 64 | 96.252.6.19 | 2012-02-17 05:35:36 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
|--------|-------------|---------------------------|---------------------------|------------|------------------------------------------|
| Doe 65 | 97.81.43.156 | 2012-03-14 21:47:06 -0400 | CHARTER COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 66 | 98.110.183.202 | 2012-03-25 17:14:15 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 67 | 98.110.222.237 | 2012-02-10 11:09:47 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 68 | 98.118.7.103 | 2012-03-19 12:28:47 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 69 | 98.216.41.205 | 2012-01-26 02:59:37 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 70 | 98.217.196.158 | 2012-01-17 00:26:34 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 71 | 98.217.219.55 | 2012-02-01 14:57:35 -0500 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 72 | 98.229.115.16 | 2012-03-16 23:11:21 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |