# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THIRD DEGREE FILMS**, *Plaintiff*, v. **DOES 1 – 72**, *Defendants.* | CIVIL ACTION No.: 1:12-cv-10760 <br><br> **Dismissal with Prejudice of Specific Does** |

Plaintiff, and all related persons or entities of Plaintiff, hereby dismiss *with* prejudice, and *without* rights of appeal specific Defendants, listed below, from the above-captioned action pursuant to Fed. R. Civ. P. 41(a):

| Doe Number | IP Address | Time Stamp (EST) |
|---|---|---|
| Doe 51 | 75.67.202.136 | 2012-02-26 23:38:57 -0500 |
| Doe 11 | 173.76.126.213 | 2012-02-25 17:12:34 -0500 |
| Doe 46 | 71.232.53.100 | 2012-01-10 14:03:07 -0500 |
| Doe 70 | 98.217.196.158 | 2012-01-17 00:26:34 -0500 |
| Doe 72 | 98.229.115.16 | 2012-03-16 23:11:21 -0400 |

Respectfully submitted on June 30, 2012,

FOR THE PLAINTIFF:

*/s/ Marvin Cable*
Marvin Cable, Esq.
BBO#: 680968
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
P: (413) 268-6500
F: (413) 268-6500
E: law@marvincable.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

                                                Marvin Cable, Esq.