UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THIRD DEGREE FILMS, INC.** *Plaintiff,* v. **DOES 1 – 72**, *Defendants.* | Case No.: 12-cv-10760 |

**DISMISSAL WITHOUT PREJUDICE OF SPECIFIC DOE**

Plaintiff dismisses *without* prejudice Doe 4, with the IP address 108.49.207.113, from the above identified action.

* * *

Date: October 4, 2012,     Respectfully submitted,

*/s/ Marvin Cable*
Marvin Cable, BBO#:  680968
Attorney for Plaintiff
Law Offices of Marvin Cable
P.O. Box 1630
Northampton, MA 01061
E: law@marvincable.com
P: (413) 268-6500
F: (888) 691-9850

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

*/s/ Marvin Cable*
Marvin Cable, Esq.