UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THIRD DEGREE FILMS, INC.,
    Plaintiff

v.

DOES 1-72,
    Defendants

CA: 1:12-cv-10760 FDS

## NOTICE OF APPEARANCE FOR DOE 1

Please enter my appearance for the defendant, John Doe 1, in the above-entitled action.

    /s/ John T. McInnes
John T. McInnes, Esq., BBO # 657488
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: January 9, 2013

### CERTIFICATE OF SERVICE

    I, John T. McInnes, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9, 2013.

    /s/ John T. McInnes
John T. McInnes

{Practice Areas/LIT/24276/00001/A2183023.DOC}